IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DARRON B. PARRISH, | ) | |
| | ) | |
| v. | ) | 3:02-1007 |
| | ) | |
| JO ANNE B. BARNHART, Commissioner of Social Security. | ) ) | |

### ORDER

Before the Court is the Report and Recommendation of Magistrate Judge Knowles in which he recommends that the Commissioner's decision be REMANDED. No objections have been filed.

The Court has read and considered the report of the Magistrate Judge and finds that the report is correct in law and fact. The Report and Recommendation is adopted by this Court.

For the reasons set forth in the Report and Recommendation, Defendant's Motion Judgment on the Administrative Record, (Doc. #17) is **DENIED**, and the Motion for Judgment on the Pleadings by the Plaintiff (Doc. #13) is **GRANTED to the extent that this case is REMANDED to the Commissioner for clarification of the claimant's mental impairments consistent with the Report and Recommendation.**

It is so **ORDERED**.

Thomas A. Wiseman, Jr.
Senior U.S. District Judge